

**Joseph C. Schoell**
Partner
joseph.schoell@faegredrinker.com
302-467-4245 direct

faegredrinker.com

**Faegre Drinker Biddle & Reath** LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
+1 302 467 4200 main
+1 302 467 4201 fax

June 12, 2026

**VIA CM/ECF**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

   Re: *Natera, Inc. v. Mary Beth Hughes*,
     Civil Action No. 1:26-cv-177-JLH

Dear Judge Hall:

  In accordance with the Court's Order issued May 18, 2026, this letter is intended as a joint status report of the parties concerning the above action.

  I am pleased to report that, following extensive correspondence and several discussions among counsel, the parties have an agreement in principle to settle this action.  Counsel for the parties are presently working on a definitive settlement agreement documenting their agreement in principle.  We intend to have a definitive agreement signed and delivered within the next fourteen days.  We will further report on the status of the case in fourteen days, and advise if a settlement agreement has been reached and if so, the timing and mechanics of an anticipated dismissal.

  We appreciate the Court's attention to this matter.  Counsel are available at the Court's convenience should Your Honor have any questions.

       Respectfully,

       /s/ *Joseph C. Schoell*

       Joseph C. Schoell (#3133)

cc: J. Clayton Athey, Esquire (via CM/ECF)
   Caitlin E. Whetham, Esquire (via CM/ECF)
   Dawn Mertineit, Esquire (via CM/ECF)
   Francis Wilson, Esquire (via CM/ECF)