

faegredrinker.com

**Joseph C. Schoell**
Partner
joseph.schoell@faegredrinker.com
302-467-4245 direct

**Faegre Drinker Biddle & Reath** LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
+1 302 467 4200 main
+1 302 467 4201 fax

June 26, 2026

**VIA CM/ECF**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

>        Re:      *Natera, Inc. v. Mary Beth Hughes*,
>                 Civil Action No. 1:26-cv-177-JLH

Dear Judge Hall:

Following up on my letter to Your Honor of June 12, 2026 (D.I. 43), I write to provide a further status update to the Court concerning the parties' settlement of the above action.

The parties have completed a detailed and comprehensive term sheet documenting the material terms of the settlement in principle referenced in my June 12, 2026 letter. We are still working on a definitive settlement agreement, and intend to have that completed in the next week. Counsel intend to promptly notify the Court of the execution and delivery of a final settlement agreement. We will provide a further status report the Court no later than July 10, 2026 (and it is counsel's hope that we will conclude the settlement agreement and report to the Court before that date).

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

/s/ *Joseph C. Schoell*

Joseph C. Schoell (#3133)

cc:     J. Clayton Athey, Esquire (via CM/ECF)
        Caitlin E. Whetham, Esquire (via CM/ECF)
        Dawn Mertineit, Esquire (via CM/ECF)
        Francis Wilson, Esquire (via CM/ECF)